1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0623 LJO DLB |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date:   January 30, 2008 |
| APPROXIMATELY $60,000 IN U.S. CURRENCY, et al., | Time:  8:30 a.m. |
| | Dept.:  4 (LJO) |
| Defendants. | |

_____/

        This Court conducted an October 10, 2007 status conference in this civil forfeiture action. Plaintiff United States of America appeared by Assistant U.S. Attorney Stephanie Hamilton Borchers. Claimants Pedro Jimenez and Baselisa Jimenez appeared by counsel Nicholas Reyes.  After discussion with counsel and on the basis of good cause, this Court:

        1.    STAYS this civil forfeiture action during the pendency of the underlying criminal action; and

        2.    SETS a status conference for January 30, 2008 at 8:30 a.m. in Dept. 4 (LJO).  At the status conference, counsel shall be prepared to discuss setting discovery, motion and trial dates.  Counsel may appear at the status conference by arranging a conference call and telephoning the Court at (559) 499-5680.

        IT IS SO ORDERED.

**Dated:    October 10, 2007            /s/ Lawrence J. O'Neill**

1

1

UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28