McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CV-00623-LJO-DLB |
| ) Plaintiff, ) | |
| ) v. ) | |
| ) APPROXIMATELY $60,000.00 IN U.S. ) CURRENCY; ) ) APPROXIMATELY $3,300.00 IN U.S. ) CURRENCY; and ) ) THREE $2,500.00 MONEY ORDERS ) ISSUED BY BANCO OF POPULAR ) NORTH AMERICA TOTALING ) APPROXIMATELY $7,500.00 IN U.S. ) CURRENCY, ) ) Defendants. ) _____ ) | **STIPULATION TO STAY CASE AND TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Pedro Jimenez and Baselisa Jimenez, and their counsel of record, as follows:

   A related criminal case is pending, *United States v. Sandro Jimenez, et al.*, case number 1:06-CR-00419-AWI.  In light of the pending criminal action, the parties are requesting a stay of the proceedings in the civil forfeiture action until the resolution of the criminal case.

   It is unclear when the criminal matter will resolve.  A change of plea/trial setting conference is currently scheduled for February 22, 2008.  Accordingly, the parties request the Scheduling

Conference in the civil case scheduled for February 11, 2008 at 8:15 a.m. in Courtroom 4 before District Judge Lawrence J. O'Neill be vacated and a formal stay be entered in the case so as to avoid any perception of a lack of prosecution.

The parties are to promptly notify the Court when the criminal case resolves.

Dated:  January 25, 2008

McGREGOR W. SCOTT
United States Attorney


 /s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS


Dated:  January 24, 2008

 /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Claimants Pedro Jimenez and
Baselisa Jimenez
(Original signature retained by attorney)

**ORDER**

On the basis of good cause, this Court:

1. STAYS this action;

2. VACATES the February 11, 2008 scheduling conference; and

3. ORDERS the parties to notify this Court when the underlying criminal action resolves and to file status reports every 90 days.

IT IS SO ORDERED.

**Dated:   January 25, 2008**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE