McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CV-00623-LJO-DLB |
| Plaintiff, ) | |
| v. ) | |
| APPROXIMATELY $60,000.00 IN U.S. ) CURRENCY; ) | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |
| APPROXIMATELY $3,300.00 IN U.S. ) CURRENCY; and ) | |
| THREE $2,500.00 MONEY ORDERS ISSUED BY BANCO OF POPULAR NORTH AMERICA TOTALING APPROXIMATELY $7,500.00 IN U.S. CURRENCY, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Pedro Jimenez and Baselisa Jimenez, and their counsel of record, as follows:

A related criminal case is currently pending in this court, *United States v. Sandro Jimenez, et al.*, Case Number 1:06-CR-00419-AWI.  The criminal matter has been unable to move forward as defendant Sandro Jimenez is a fugitive.  The parties are presently engaged in settlement negotiations and believe the case can be resolved in the next 30 days.

///

1   Accordingly, the parties request that the Scheduling Conference scheduled for September 10, 2008
2   at 8:30 a.m. in Courtroom 4 before District Judge Lawrence J. O'Neill be continued for 30 days to
3   allow additional time to attempt settlement.

4   Dated:  September 9, 2008              McGREGOR W. SCOTT
                                            United States Attorney

7                                            /s/ Stephanie Hamilton Borchers
                                            STEPHANIE HAMILTON BORCHERS
8                                           Assistant United States Attorney

10  Dated:  September 8, 2008              /s/ Preciliano Martinez
                                            PRECILIANO MARTINEZ
11                                          Attorney for Claimants Pedro Jimenez and
                                            Baselisa Jimenez
12                                          (Original signature retained by attorney)

### ORDER

    Based on the parties' stipulation, this Court RESETS the scheduling conference for October 8, 2008 at 8:30 a.m. in Department 4 (LJO).  This Court ORDERS the parties to inform this Court once settlement has been reached.

    IT IS SO ORDERED.

**Dated:   September 9, 2008**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE