**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0623 LJO DLB |
| Plaintiff, | **ORDER TO GRANT EXTENSION TO FILE PAPERS TO DISMISS ACTION** |
| vs. | |
| APPROXIMATELY $60,000 IN U.S. CURRENCY, et al., | |
| Defendants. / | |

This Court GRANTS the parties requested extension up to January 5, 2009 to file papers to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   November 7, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1